# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES MATTHEW SEWELL, II,<br><br>    Defendant. | 8:17CR353<br><br>ORDER |

This matter is before the court on the motion of Federal Public Defender David R. Stickman and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Charles Matthew Sewell, II (Filing No. 20). David R. Stickman represents that the Office of the Federal Public Defender has a conflict of interest in this matter. David R. Stickman's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 20) is granted.

Michael J. Tasset, P.O. Box 62, Oakland, Nebraska 68045, (402) 685-5647, is appointed to represent Charles Matthew Sewell, II for the balance of these proceedings pursuant to the Criminal Justice Act. David R. Stickman shall forthwith provide Michael J. Tasset with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Stickman which are material to Mr. Sewell's defense.

The clerk shall provide a copy of this order to Michael J. Tasset, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge