# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR353 |
| vs. | ) | |
| CHARLES MATTHEW SEWELL, II, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [44]. Defendant requires more time to consult with and retain suitable experts to assist him with the preparation and presentation of his defense and explore plea negotiations. Defendant's investigator requires additional time to locate and interview witnesses. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [44] is granted, as follows:

1. The jury trial now set for October 29, 2018, is continued to **December 17, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 17, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: September 26, 2018.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**