IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR353 |
| v. | ORDER |
| CHARLES MATTHEW SEWELL, II, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 55) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Charles Matthew Sewell, II. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 55) is granted.
2. The Indictment (Filing No. 1) against Charles Matthew Sewell, II, is hereby dismissed without prejudice.

Dated this 2nd day of May 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge